### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR573** |
| **Plaintiff,** | ) ) ) | |
| | ) | **ORDER** |
| vs. | ) ) | |
| **DANIEL D. JOHNSON,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the court on plaintiff's Motion to Extend the Government's Time to Respond to Defendant's § 2255 Motion. (Filing No. 43). The Court will grant plaintiff's motion.

THEREFORE, IT IS ORDERED:

1. Plaintiff's Motion to Extend Time (Filing No. 43) is granted.

2. Plaintiff shall file its Answer to defendant's § 2255 Motion by February 16, 2006.

3. Defendant shall file its Response to plaintiff's Answer by March 16, 2006.

DATED this 10th day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge