IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) ) | |
| | ) | 8:03CR573 |
| vs. | ) ) | |
| DANIEL DEAN JOHNSON, | ) ) | Order |
| Defendants. | ) ) ) | |

      Before the Court is the Request for Transcript by a Non-Party of the Sentencing Hearing held on August 10, 2009 (Filing No. 75).

      IT IS ORDERED:

      1.    The Request for Transcript (Filing No. 75) filed by Lisa R. Johnson, is granted.

      2.    The requestor should contact the Court Reporter Brenda Fauber at 111 South 18th Plaza, Omaha, Nebraska, 68102 to arrange payment.

      3.    The Clerk's Office is directed to mail a copy of this order to the requestor, Lisa R. Johnson.

      Dated this 26th day of March, 2014.

                              BY THE COURT:

                              s/F.A. Gossett
                              United States Magistrate Judge